# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00264-APG-VCF |
| Plaintiff, | |
| vs. | **ORDER ACCEPTING REPORT & RECOMMENDATION AND DENYING MOTION TO SEVER** |
| SHA-RON HAINES, | |
| Defendant. | (Dkt. ##60, 69) |

On June 18, 2015, Magistrate Judge Ferenbach entered his Report & Recommendation (Dkt. #69) recommending the denial of the motion to sever (Dkt. #60) filed by defendant Sha-ron Haines. Mr. Haines filed an Objection (Dkt. #70) to which the Government responded (Dkt. #75). I have conducted a *de novo* review of the issues set forth in the Report & Recommendation. Judge Ferenbach's Report & Recommendation sets forth the proper legal analysis, and the factual basis, for the decision. Therefore,

IT IS HEREBY ORDERED that the Report & Recommendation (Dkt. #69) is accepted and Haines's motion **(Dkt. #60) is DENIED.**

DATED this 31st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE