UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff(s),<br><br>vs.<br><br>SHA'RON HAINES,<br><br>  Defendant(s). | 2:14-cr-264-APG-VCF |

This Court having ordered the jury impaneled in the above-entitled action to be kept together during period(s) of deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury shall be paid by the Clerk of Court for **August 24, 2015**.

DATED this  24th   day of August,  2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

___ FILED  ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 4 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY