UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHA-RON HAINES,<br><br>　　　　　Defendant. | Case No.: 2:14-cr-00264-APG-VCF<br><br>**ORDER REGARDING JUVENILE RECORDS** |

　　　　I previously ordered Child Protective Services of the Nevada Department of Child and Family Services to produce for *in camera* inspection a copy of the complete juvenile and delinquency file related to defendant Sha-ron Haines. (Dkt. #174.) I have reviewed that file and determined that limited disclosure of the information is necessary for preparation of Mr. Haines's sentencing.

　　　　IT IS HEREBY ORDERED that the juvenile and delinquency file related to defendant Sha-ron Haines will be filed and maintained under seal in the court docket. The designated officer of the United States Department of Parole and Probation and counsel for the respective parties will be provided copies of the file in order to prepare for sentencing of Mr. Haines. However, given the sensitive and confidential nature of the documents in the file, distribution of and access to the documents will be limited to the United States Department of Parole and Probation, respective counsel for Mr. Haines and the Government, and individuals working directly for each of them with regard to Mr. Haines's sentencing. Mr. Haines's counsel may discuss the documents with him and show them to him, but may not give him copies absent court order. Any person who is

provided with documents or information contained in the file may not further disseminate it absent a court order.

Dated:  January 7, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE