UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

United States of America,

    Plaintiff,

vs.

SHA-RON HAINES,

    Defendant.

Case No.: 2:14-cr-00264-APG-VCF

Order Granting Motion for Psychiatric Evaluation

(ECF No. 209)

    IT IS HEREBY ORDERED that the Government's motion for a psychiatric evaluation **(ECF No. 209) is GRANTED.** Pursuant to 18 U.S.C. § 3552(b), the defendant shall submit to a psychiatric examination by an appropriate mental health professional at the Federal Medical Center. The examination shall be at the Government's expense and shall be arranged as quickly as is reasonably possible so as to avoid unnecessary delay in the completion of the defendant's sentencing. The Marshal's office shall transport the defendant for that examination as soon as reasonably possible. Pursuant to 18 U.S.C. § 3552(b), the examination shall be completed within 60 days absent further order of the court. The scope and purpose of the examination shall be limited to addressing the opinions and conclusions contained in the defendant's juvenile records (ECF No. 180) and the report of Doctor Roitman (ECF No. 208-4). The United States Attorney's Office shall provide those documents to the examiner with a notice that the information shall remain confidential and be used only for purposes of the examination.

    IT IS FURTHER ORDERED that the sentencing hearing scheduled for June 16, 2016 at 1:00 p.m. is VACATED and reset to 1:00 p.m. on September 8, 2016.

Dated this the 14th of June 2016.

_____
Andrew P. Gordon
United States District Judge