# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHA-RON HAINES,

    Defendant.

Case No.: 2:14-cr-00264-APG-VCF

**ORDER**

    I previously ordered the defendant to submit to a psychiatric examination by a mental health professional at the Federal Medical Center. ECF No. 215. I ordered the United States Attorney's Office to provide documents to the examiner with a notice that the information shall remain confidential and be used only for purposes of the examination. *Id.* The examiner, Dr. Bellah, has requested the following items:

    1) Defendant's Juvenile Records (Listed in Motion for Evaluation as ECF No. 180)

    2) Report of Dr. Roitman (Listed in Motion for Evaluation as ECF No. 208-4)

    3) Indictment

    4) Investigative Reports and/or Criminal Complaint

The defendant's counsel requests that the police officer's report be redacted because she believes some of the information in it is inaccurate. The United States disagrees.

    This dispute can be resolved without a hearing. I have reviewed a redacted version of the police report, which deletes some identifying information. The report may be provided to Dr. Bellah without further redaction. If some of the information is inaccurate, the defendant may attempt to impeach Dr. Bellah or undercut her opinion for relying on inaccurate information.

/ / /

/ / /

IT IS THEREFORE ORDERED that the United States Attorney shall provide the requested documents to Dr. Bellah forthwith.

DATED this 24th day of August, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE