UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHA-RON HAINES,<br><br>Defendant. | Case No.: 2:14-cr-00264-APG-VCF<br><br>**NOTICE OF FILING CD CONTAINING JAIL CALLS** |

    Pursuant to a subpoena, CoreCivic has delivered to my chambers a CD containing recorded phone calls made by defendant Sha-Ron Haines from the Nevada Southern Detention Center in Pahrump, Nevada. I hereby give the parties notice that the CD will be manually filed and kept under seal in the clerk's office. As discussed during the January 6, 2017 hearing, Haines' counsel, Karen Connolly, will be provided a copy of the CD to determine whether it contains any privileged communication that should not be disclosed to the Government. If she believes that any of the conversations should not be disclosed, she shall file a motion to seal the appropriate portions within 14 days of entry of this Order. If no motion to seal is filed by that date, the Government will be provided a copy of the CD. If a motion to seal is filed, the Government may file a response in the ordinary course but the CD will remain under seal and not accessible by the Government until the privilege issue is resolved.

    IT IS THEREFORE ORDERED that the clerk of court shall maintain the original CD in a secure environment and not allow anyone to listen to it absent further direction from this court.

    DATED this 25th day of January, 2017.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE



## MEMORANDUM

FOR: THE HONORABLE JUDGE ANDREW P. GORDON
LAS VEGAS, NV. 89101

FROM: Al Zavala, Facility Investigator

RE: Deposition Subpoena in a Criminal Case
Case Number 2:14-cr-00264-2-APG-VCF
United States of America v. Sha-Ron Haines

DATE: January 23, 2017

---

This correspondence is being provided in response to the Federal Deposition Subpoena in a Criminal Case dated January 9, 2017 which requests audio recording of any and all phone calls made to and from Sha-Ron Haines #49378-048 on August 24, 2015 and for the month of October 2016 from the Nevada Southern Detention Center, Pahrump, NV. Enclosed please find a CD containing all the recorded telephone calls made by Sha-Ron Haines.

cc; File

From Mr Zavala
make sure this
gets to
Mr Carpenter or
Seth Palmer

For THE
HONORABLE JUDGE.
ANDREW P. GORDON
333 LAS VEGAS BLVD. S.
Room 6018
LAS VEGAS, NV. 89101.

CCA
NEVADA SOUTHERN DETENTION CENTER
2190 E. MESQUITE AVENUE
PAHRUMP NV 89060

Manual count. Transport - Please
deliver to U.S.M.S. - Office. Seth Palmer