STEVEN W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
cristina.silva@usdoj.gov
richard.lopez2@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHA-RON HAINES,<br><br>Defendant. | Case No. 2:14-cr-00264-APG-VCF<br><br>GOVERNMENT'S MOTION FOR LEAVE TO DISCLOSE THE PRESENTENCE INVESTIGATION REPORT TO COUNSEL FOR DEFENDANT HAINES<br><br>**ORDER** |

The United States of America, by and through Steven W. Myhre, Acting United States Attorney, and Cristina D. Silva and Richard Anthony Lopez, Assistant United States Attorneys, respectfully moves this Honorable Court for an Order permitting disclosure of the Presentence Investigation Report for Defendant Sha-ron Haines to Andrea Luem, Esq., who represents the Defendant in Case No. 2:16-cr-00137-JAD-GWF.

1

While awaiting trial in the above-captioned case, the Defendant is alleged to have assaulted a detention officer at the Nevada Southern Detention Center in Pahrump, Nevada. As a result, a Federal Grand Jury charged the Defendant with assaulting a federal officer in Case No. 2:16-cr-00137-JAD-GWF ("the assault case").

The Defendant's counsel in the above-captioned case, Karen Connelly, Esq., also represented him in the assault case until April 24, 2017. On that date, Judge Dorsey granted Ms. Connelly's Motion to Withdraw as Counsel and appointed Andrea Luem as counsel for the Defendant. (ECF 37 in Case No. 2:16-cr-00137.)

In order to advise her client in the assault case, Ms. Luem would like access to the Presentence Investigation Report (PSR) for the Defendant that the Probation Office prepared in this case. That PSR contains a detailed description of the Defendant's criminal history that will allow Ms. Luem to advise the Defendant of his sentencing exposure. As the PSR itself notes, "redisclosure of the presentence investigation report is prohibited without the consent of the sentencing judge." (PSR at 3.) For that reason, the Government requests an Order from the Court permitting the Probation Office to provide a copy of the PSR from this case to the Defendant's counsel in the assault case.

The Probation Office joins in this request, as preparation of a pre-plea PSR in the assault case would duplicate the efforts the Probation Office already put into

///

///

///

///

preparing the PSR in this case. Andrea Luem, the Defendant's counsel in the assault case, also joins this request.

DATED this 2nd day of June, 2017.

Respectfully submitted,
STEVEN W. MYHRE
Acting United States Attorney

/s/ *Richard Anthony Lopez*
CRISTINA D. SILVA
RICHARD ANTHONY LOPEZ
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHA-RON HAINES,

    Defendant.

Case No. 2:14-cr-00264-APG-VCF

**ORDER**

Based on the pending Motion of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Probation Office may disclose the Presentence Investigation Report prepared in this case for Sha-ron Haines to counsel of record for Defendant Sha-ron Haines in Case No. 2:16-cr-00137-JAD-GWF.

Dated: June 2, 2017,

                                                  ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE