KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89136
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, SHA-RON HAINES*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRAL KING and SHA-RON HAINES,<br><br>Defendants. | 2:14-cr-00264-2-APG-VCF<br><br>**MOTION TO WITHDRAW MOTION FOR RELEASE OF SEALED TRANSCRIPTS**<br>**(ECF No. 315)** |

Comes Now, Defendant Sha'ron Haines by and through His Attorney Karen A, Connolly and Submits this Motion to Withdraw Motion for Release of Sealed Transcripts (ECF No. 315).

On March 3, 2017, a Designation of Transcripts was filed. On April 20, 2017, an AUTH 24 was submitted via the eVoucher system. On July 18, 2017, the last of the requested transcripts were filed. Undersigned counsel's staff was unable to access the transcripts via PACER and contacted Ms. Heather Newman. Ms. Newman forwarded copies via email of all of the transcripts that she had prepared. In regard to transcripts prepared by other court reporters, Ms. Newman suggested to undersigned's assistant that she contact the CMECF Help Desk. On July 21, 2017, undersigned counsel's assistant contacted the CMECF Help Desk and was reportedly advised that the transcripts were sealed and that counsel would have to file a motion to release those outstanding transcripts.

On July 27, 2017, a Motion for Release of Sealed Transcripts was filed. On August 10, 2017, an Omnibus Response to Defendant Haines' Motion for Release of Sealed Evidentiary Hearing Exhibits (ECF No. 315, 316, 317) was filed.

Since the filing of the Motion (ECF No. 315), the remaining transcripts have been provided.

1

Accordingly, undersigned counsel submitted this motion to withdraw the Motion for Release of Sealed Transcripts.

DATED this 16th day of August, 2017.

**KAREN A. CONNOLLY, LTD.**

*/s/ Karen A. Connolly*
KAREN A. CONNOLLY
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Attorney for Defendant, SHA-RON HAINES

///

///

///

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 25, 2017

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the law offices of KAREN A. CONNOLLY, LTD., and is a person of such age and discretion as to be competent to serve papers.

That on August 16th, 2017, she served an electronic copy of the above and foregoing *Motion to Withdraw Motion for Release of Sealed Transcripts (Ecf No. 315)* through the PACER system.

                                          */s/ Shaeley Pilayo*
                                          an Employee of KAREN A. CONNOLLY, LTD.

KAREN A. CONNOLLY, LTD.
Karen A. Connolly
6600 W. Charleston Blvd., Ste. 124, Las Vegas, Nevada 89146
Telephone: (702) 678-6700   Facsimile: (702) 678-6767