# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00264-APG-VCF |
| Plaintiff, | **ORDER DENYING MOTION TO RELEASE EXHIBITS** |
| vs. | (ECF Nos. 316, 317) |
| SHA-RON HAINES, | |
| Defendant. | |

Defendant Sha-Ron Haines moves for the release of allegedly sealed exhibits from the trial and from an August 11, 2015 evidentiary hearing. ECF Nos. 316, 317. The Government responds that no exhibits were sealed at either the trial or the evidentiary hearing. ECF No. 319. I am unaware of any sealed exhibits, and Haines does not identify any. Therefore, the motions **(ECF Nos. 316, 317) are DENIED WITHOUT PREJUDICE AS MOOT.**

DATED this 29th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE