Gorman Law PLLC
Lauren Gorman
NV Bar No. 11580
275 Hill Street
Suite 248
Reno, NV 89501
Tel : (775) 742-6129
lgorman@laurengormanlaw.com

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-cr-00264-APG-VCF |
| Plaintiff, | |
| v. | STIPULATION |
| SHA-RON HAINES, | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED, by and between Lauren Gorman, counsel for the Defendant, and Brianna I. Chapa, Assistant United States Attorney, that any supplemental motion for compassionate release be due at a date and time convenient to the Court, but no sooner than 120 days.

This stipulation is entered into for the following reasons:

1) To give defense counsel time to review the record;

2) To give defense counsel time to contact the Defendant;

3) To give defense counsel the opportunity to investigate the facts underlying the *pro se* motion for compassionate release;

STIPULATION - 1

4) To give defense counsel sufficient time to draft and file a supplemental motion;

5) The stipulation is not sought for purposes of delay, but merely to allow counsel for the defendant sufficient time to effectively represent the Defendant.

Dated this 20th day of August 2025

By: /s/Brianna I. Chapa
BRIANNA I. CHAPA
Assistant United States Attorney

By: /s/Lauren Gorman
LAUREN GORMAN

STIPULATION - 2

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

STATE OF NEVADA,

          Plaintiff,

vs.

SHA-RON HAINES,

          Defendant

Case No.: 2:14-cr-00264-APG-VCF

STIPULATION

## **Findings of Fact**

Based on the pending Stipulation of counsel and good cause appearing therefore, the Court finds that additional time is required:

1) To give defense counsel time to review the record;

2) To give defense counsel time to contact the Defendant;

3) To give defense counsel the opportunity to investigate the facts underlying the *pro se* motion for compassionate release;

4) To give defense counsel sufficient time to time to draft and file a supplemental motion;

5) The stipulation is not sought for purposes of delay but merely to allow counsel for the defendant sufficient time to effectively represent the Defendant.

STIPULATION - 3

### **Conclusions of Law**

The ends of justice is served by granting said continuance. Failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly investigate and brief a motion for compassionate release, taking into account the exercise of due diligence.

### **ORDER**

Any supplemental motion for compassionate release is due on or before January 13, 2026.

IT IS SO ORDERED:

Dated: __August 21, 2025__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION - 4