UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHA-RON HAINES,<br><br>Defendant. | Case No. 2:14-cr-00264-APG-VCF<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE**<br>**(First Request)** |

ORDER

IT IS THEREFORE ORDERED that the Government's response to Mr. Haines pro se motion for compassionate release, currently scheduled for October 27, 2025, is due December 2, 2025.

IT IS SO ORDERED:

Dated: October 28, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE